Peter Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile: (602) 865-7788

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>EKDANTA INVESTMENTS, LLC,<br><br>Defendant. | Case No: 2:18-cv-01664-JAM-DB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties stipulate and agree to dismiss the above action with prejudice, with each party to bear her/its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 12th day of September, 2018.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff THERESA BROOKE

/s/ Cris Vaughan
Cris Vaughan
Attorneys for Defendant

<pre>
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                    EASTERN DISTRICT OF CALIFORNIA
 8
 9   THERESA BROOKE, a married woman
     dealing with her sole and separate claim,    Case No: 2:18-cv-01664-JAM-DB
10
                  Plaintiff,                      [PROPOSED] ORDER
11
12   vs.
13
     EKDANTA INVESTMENTS, LLC,
14
                  Defendant.
15
16        Upon Joint Motion and good cause shown,
17        IT IS HEREBY ORDERED dismissing the above case; each party to bear their
18   own costs and fees.
19
          DATED this 18th day of September, 2018.
20
21
                                          _____
22                                        Judge of the U.S. District Court
23
24
25
26
27
28
</pre>